**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

**MARJORIE ARNOLD, et al.**

    **Plaintiffs,**

v.                                     Civ. Action No. 1:14-cv-466 (JCC/TCB)

**REALPAGE, INC.**

    **Defendant.**

## NOTICE OF SETTLEMENT

The Plaintiffs, by counsel, hereby notify the Court that this matter has been settled by compromise with the Defendant, RealPage, Inc. A Rule 16(b) pretrial conference is currently set for Wednesday, July 2, 2014, at 11:00 a.m. The Plaintiff respectfully requests that the pretrial conference be removed from the Court's docket pending the filing of a Dismissal Order in this matter.

                                           Respectfully submitted,

                                           MARJORIE AND RONDU ARNOLD

                                           By: /s/_____
                                           Kristi C. Kelly (VSB #72791)
                                           Andrew J. Guzzo (VSB #82170)
                                           Kelly & Crandall, PLC
                                           4084University Drive, Suite 202A
                                           Fairfax, VA 22030
                                           Phone: 703-424-7572
                                           Fax: 703-591-0167
                                           kkelly@kellyandcrandall.com
                                           aguzzo@kellyandcrandall.com

                                           Matthew J. Erausquin, VSB #65434
                                           Casey S. Nash, VSB # 84261
                                           CONSUMER LITIGATION ASSOCIATES, P.C.

      1800 Diagonal Road, Suite 600
Alexandria, VA 22314
(703) 273-7770 - Telephone
(888) 892-3513 - Fax
Email:  matt@clalegal.com
Email: casey@clalegal.com

*Counsel for Plaintiffs*

### Certificate of Service

I certify that on the 19th day of June, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Nicholas C. Margida
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
Tel: 202-639-7700
Fax: 202-639-1189
Email: nicholas.margida@bakerbotts.com
*Counsel for RealPage, Inc.*

/s/_____
Kristi C. Kelly (VSB #72791)
Kelly & Crandall, PLC
4084University Drive, Suite 202A
Fairfax, VA 22030
Phone: 703-424-7572
Fax: 703-591-0167
kkelly@kellyandcrandall.com
*Counsel for Plaintiffs*